[Cite as *State v. Barnwell*, 2020-Ohio-3091.]

# IN THE COURT OF APPEALS

# ELEVENTH APPELLATE DISTRICT

# LAKE COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO, | : | **MEMORANDUM OPINION** |
| Plaintiff-Appellee, | : | |
| - vs - | : | **CASE NO.  2020-L-037** |
| TERENCE D. BARNWELL, | : | |
| Defendant-Appellant. | : | |

Criminal Appeal from the Lake County Court of Common Pleas, Case No.  2018 CR 000250.

Judgment:  Appeal dismissed.

*Charles E. Coulson*, Lake County Prosecutor, Lake County Administration Building, 105 Main Street, P.O. Box 490, Painesville, OH  44077 (For Plaintiff-Appellee).

*Terence D. Barnwell*, pro se, PID# A764-943, Lake Erie Correctional Institution, 501 Thompson Road, P.O. Box 8000, Conneaut, OH  44030 (Defendant-Appellant).


TIMOTHY P. CANNON, P.J.

{¶1}   On March 19, 2020, appellant, Terence D. Barnwell, pro se, filed a notice of appeal from the trial court's December 6, 2018 sentencing entry.  A timely notice was due January 7, 2018, which was not a holiday or weekend.  The appeal is untimely by over two years.

{¶2}     "* * * [A] party who wishes to appeal from an order that is final upon its entry shall file the notice of appeal required by App.R. 3 within 30 days of that entry." App.R. 4(A)(1).

{¶3}     "(1) After the expiration of the thirty day period provided by App.R. 4(A) for the filing of a notice of appeal as of right, an appeal may be taken by a defendant with leave of the court to which the appeal is taken in the following classes of cases:

{¶4}     "(a) Criminal proceedings; * * *

{¶5}     "(2) A motion for leave to appeal shall be filed with the court of appeals and shall set forth the reasons for the failure of the appellant to perfect an appeal as of right. * * *." App.R. 5(A).

{¶6}     Appellant has neither complied with the thirty-day rule set forth in App.R. 4(A)(1) nor sought leave to appeal under App.R. 5(A).  Thus, this court is without jurisdiction to consider his appeal.  Appellant has a remedy of filing an untimely criminal appeal under App.R. 5(A).

{¶7}     Appeal dismissed, sua sponte, as untimely.


THOMAS R. WRIGHT, J.,

MATT LYNCH, J.,

concur.